AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Paige Kincheloe<br><br>Defendant(s) | )<br>)<br>)  Case No. 5:25-mj-380(TWD)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of May 14, 2024 in the county of Jefferson in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., § 2252A(a)(2)(A). | Receipt of Child Pornography. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒   Continued on the attached sheet.

_____
Complainant's signature
Martin Baranski, FBI Special Agent
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Nov. 14, 2025

_____
Judge's signature

City and State: Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT
## OF A CRIMINAL COMPLAINT

I, Martin Baranski, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of a criminal complaint charging Paige KINCHELOE ("KINCHELOE") with violations of Title 18, United States Code, Section 2252A(a)(2)(A) (receipt of child pornography), as more fully described below.

2.  I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2018. I have conducted and participated in numerous investigations of criminal activity, including but not limited to criminal violations relating to the sexual exploitation of minors and the possession, receipt and distribution of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252A. During the investigation of these cases, I have participated in the execution of search warrants and seized evidence of these violations, including electronic evidence. I have also previously served on numerous occasions as the affiant for such search warrants. In addition, I have received formal training in investigations of child pornography and child exploitation offenses.

3.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to believe that KINCHELOE has violated Title 18, United States Code, Section 2252A(a)(2)(A) (receipt of child pornography).

## PROBABLE CAUSE

4.      In July 2024, a reliable foreign law enforcement partner discovered a series of child pornography located on the Darknet, known as "MooseOnesie" and reported it to FBI Headquarters; however, the victim and subject in the video could not be identified at that time. The subject was an unknown adult male and the victim was an unknown minor male, approximately 2 to 4 years of age.

5.      On September 26, 2024, the foreign law enforcement partner located a longer version of the video referenced above, which featured the same victim and subject, but also included a visible unique tattoo on the subject's arm and half of the subject's face. These additional details allowed for the identification of a Colorado subject. On September 26, 2024, FBI Denver located the Colorado subject and executed a search warrant at his residence in Castle Rock, Colorado. The Colorado subject was subsequently arrested and admitted to offending against the victim, his three-year-old son, as well as producing and disseminating child pornography depicting the abuse to users on Telegram and Snapchat over the course of a year.

6.      During the investigation, Telegram chats between the Colorado subject and other Telegram users were reviewed and recorded. The Telegram users shared a mutual sexual interest in children and either received the Colorado subject's produced child pornography, received other files of child pornography, distributed child pornography, and/or discussed mutual desires to engage in sexual activity with minors.

7.      Between approximately May 14, 2024, through August 2, 2024, Telegram username @gingerprincess1605, now known to be KINCHELOE, and Colorado subject (Telegram username @bighead789 – "bighead") direct messaged through Telegram.

8.   Per review by your affiant of the recorded evidentiary materials provided by FBI Denver, on or about May 14, 2024, KINCHELOE was direct messaging with bighead on Telegram. Bighead sent KINCHELOE a video of a minor male performing oral sex on an adult male, now known to law enforcement to depict bighead and the victim. In response, KINCHELOE stated, "I've never watched any before [emoji] it's kinda making my pussy throb." In the context of the direct messaging, KINCHELOE is referring to the child pornography.

9.   The direct messaging on that date continued between bighead and KINCHELOE in which the two discussed their families and their respective marriages. KINCHELOE then sent three non-sexually explicit pictures of a male child to bighead. The three pictures of the male child appear to depict a child known to KINCHELOE in which the child is approximately one to two-and-a-half years old. KINCHELOE further stated that she is from New York state.

10.  On July 24, 2024, KINCHELOE and bighead continued the direct messaging on Telegram. Bighead asked KINCHELOE, "Did you record [the child] playing with you?" to which KINCHELOE stated, "i did but I deleted it but i can try again tomorrow." KINCHELOE then sent a video of a dog licking her vagina while KINCHELOE was seated on a gray/brown couch in what appeared to be a living room. KINCHELOE confirmed to bighead that the female depicted in the dog video was her.

11.  On the same date, bighead sent a video of an approximately three-year-old child performing oral sex on an adult male, to which KINCHELOE replied, "mmm he's such a good boy." Bighead and KINCHELOE continued to talk about having sex with children known to them including raping the children, and both discussed how sexually arousing that would be. In part, KINCHELOE stated, "i do wanna see your stretch his little hole" and "…hold his legs for you

3

while he takes it," both in reference to bighead's child and the produced child pornography of said child that bighead had sent to KINCHELOE. In addition, bighead stated, "is it bad to admit I want to rape my son," and KINCHELOE replied, "it's is but that's why I like it hehe."

12.     Bighead sent two more child pornography videos to KINCHELOE on or about the same date. One video depicted an adult male anally penetrating an approximately two-year-old child's anus, and the other video depicted an adult female inserting an object into an approximately four-year-old child's anus. In response, KINCHELOE stated, "fuck I'm so wet I love it so much," "that perfect little pussy," and "…I love watching mommy's be bad."

13.     On or about July 27, 2024, KINCHELOE sent bighead a series of images and videos over Telegram. One of the images depicted KINCHELOE exposing her breasts in a home bathroom, and one of the videos depicted KINCHELOE inserting an object into her anus. Both the image and video appear to have been taken in a residential setting.

14.     On the same date and later in the direct messaging, KINCHELOE explained that she is a stay-at-home mom. KINCHELOE also asked bighead whether bighead had any child pornography of moms and sons. In response, bighead sent a child pornography video of an adult female sexually abusing a toddler-age child, as well as several other child pornography videos.

15.     On or about August 2, 2024, bighead sent more child pornography videos to KINCHELOE and also asked KINCHELOE whether he can see her. KINCHELOE sent bighead two videos in what appeared to be a bedroom in which KINCHELOE was inserting an object in her vagina to pleasure herself.

16.     On or about October 23, 2025, Telegram provided FBI Denver with subscriber information associated with KINCHELOE's Telegram account, which included the IP address

4

utilized by KINCHELOE, the date and time the account was last used from the listed IP address, and KINCHELOE's associated telephone number. The IP address information provided by Telegram linked KINCHELOE's Telegram activity to her residence in Watertown, New York.

17.  On November 13, 2025, your affiant obtained search warrants for the person of Paige KINCHELOE and her residence in Watertown, New York from the Honorable Thérèse Wiley Dancks, U.S. Magistrate Judge for the Northern District of New York. On the same date, your affiant and Task Force Officer (TFO) Andrew Wilmot (collectively, the interviewing Agents) encountered KINCHELOE in the driveway of her residence in Watertown, New York. The interviewing Agents were dressed in business casual clothing and identified themselves as law enforcement officers. KINCHELOE invited the interviewing Agents into her home for a voluntary interview regarding her online activity. No other law enforcement agents were present for the interview.

18.  During the ensuing interview, which was audio recorded, in sum and substance, KINCHELOE admitted to being the user behind the @gingerprincess1605 Telegram account discussed above and admitted to receiving child pornography from bighead on multiple occasions over the Telegram platform. KINCHELOE admitted that she knew she had received child pornography from bighead in which bighead was sexually abusing his child and did not report it to law enforcement. KINCHELOE further admitted to receiving child pornography from another unknown user over Snapchat around the same time. Furthermore, KINCHELOE admitted that the second unknown user on Snapchat was also sexually abusing his children, and this unknown user sent KINCHELOE the child pornography that depicted the abuse. KINCHELOE did not report this abuse to law enforcement either.

## CONCLUSION

19.      Based on the aforementioned facts, there is probable cause to believe Paige KINCHELOE has violated Title 18, United States Code, Section 2252A(a)(2)(A) (receipt of child pornography), and requests that a criminal complaint charging those violations of federal law be issued.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Martin Baranski*

Martin Baranski, Special Agent
Federal Bureau of Investigation

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on November 14, 2025 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Thérèse Wiley Dancks
United States Magistrate Judge

6