# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

December 10, 2025

Honorable Thérèse Wiley Dancks
United States Magistrate Judge
James M. Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261

> **RE:    United States v. Paige Kincheloe**
> **Case No. 5:25-MJ-0380**

Dear Judge Dancks:

Pursuant to the Court's order issued yesterday, the hearing for the defendant's request to modify Special Condition 9 of her pretrial release conditions has been adjourned until December 16, 2025, at 2:00PM. At that hearing, the defense intends to have Ms. Ruth Werner, Senior Caseworker with the Jefferson County Department of Social Services, testify. The defense respectfully requests permission to have Ms. Werner testify by way of videoconference rather than appear in person. The government has no objection to this request, and the defense would coordinate with the Court's information and technology staff to ensure the necessary equipment is ready and functional.

Thank you for your consideration.

Respectfully,

OFFICE OF THE FEDERAL PUBLIC DEFENDER

By:    */s Anne LaFex*
       Assistant Federal Public Defender

Cc:    Michael Gadarian, AUSA (by CM/ECF)
       Adrian LaRochelle, AUSA (by CM/ECF)