IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:25-MJ-380 (TWD) |
| | ) | |
| **v.** | ) | Stipulation and Order |
| | ) | for Enlargement of Time |
| **PAIGE KINCHELOE,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>STIPULATION</u>**

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York, and the defendant, Paige Kincheloe, by and through counsel, Anne LaFex, AFPD, hereby agree and stipulate that the time within which an indictment must be filed under Title 18, United States Code, Section 3161(b), be enlarged to and including sixty (60) days from the date of the signing of this Order and that such time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b).

1)    The chronology of this case is as follows:

    a)    Date of complaint:  November 14, 2025

    b)    Date of initial appearance:  November 14, 2025

    c)    Defendant custody status: Released on conditions

    d)    Earlier enlargements of time and exclusions under the Speedy Trial Act: None.

2)    The United States and the defendant request this exclusion because the government recently charged this case by complaint and produced initial discovery. The parties intend to use

the excluded time for the government to complete forensic analysis of seized devices, to schedule

an evidence review of contraband evidence, and to discuss the potential for a preindictment

disposition.

3)      The parties stipulate and agree that the ends of justice served by granting this extension

outweigh the best interest of the public and the defendant in a speedy indictment and trial because

denial of the requested extension would deny counsel the reasonable time necessary for effective

preparation, including a fulsome review of contraband evidence and potential for preindictment

resolution. *see* 18 U.S.C. § 3161(h)(7)(B)(iv).

4)      The parties stipulate and agree that a period of sixty (60) days, from the date of the signing

of this Order, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A)

and (h)(7)(B)(iv).

        The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set

forth above and apply for and consent to the proposed order set forth below.

Dated: December 10, 2025

JOHN A. SARCONE III
Acting United States Attorney

By:

Digitally signed by MICHAEL GADARIAN
Date: 2025.12.09 16:37:12 -05'00'

Michael D. Gadarian
Assistant United States Attorney
Bar Roll No. 517198

*/s Anne LaFex*

Anne LaFex, AFPD, Esq.
Attorney for Paige Kincheloe
Bar Roll No. 517311

2

## **ORDER**

A.      The Court adopts the stipulated facts set out above as findings and hereby incorporates them into this Order;

B.      The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether an extension of time within which the government must file an information or indictment serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights.  The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy indictment and trial for the reasons stipulated by the parties. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

BASED ON THE  STIPULATED FACTS AND THE COURT'S RELATED FINDINGS, IT IS HEREBY ORDERED that the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including sixty (60) days from the date of this Order, and that time be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons stipulated above.

IT IS SO ORDERED.

Dated and entered this _____ day of December, 2025.

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge